UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 15-1918 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Foster Wheeler Energy Corporation and Foster Wheeler LLC

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_(signature)_

Erik D. Nadolink                              303-244-1800
Name (printed or typed)                       Voice Phone

Wheeler Trigg O'Donnell LLP                   303-244-1879
Firm Name (if applicable)                     Fax Number

370 Seventeenth Street, Suite 4500

Denver, CO 80202-5647                         nadolink@wtotrial.com
Address                                       E-mail address (print or type)

---

### CERTIFICATE OF SERVICE

I certify that on August 27, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| | |
|---|---|
| Donald Nash Patten, Esq.<br>PATTEN, WORNOM, HATTEN & DIAMONSTEIN<br>12350 Jefferson Avenue, Suite 300<br>Newport News, VA 23602 | Frederick Alexander Coletrane, Esq.<br>PATTEN, WORNOM, HATTEN & DIAMONSTEIN<br>12350 Jefferson Avenue, Suite 300<br>Newport News, VA 23602 |

_Signature_                                   August 27, 2015
                                              Date

05/07/2014
SCC